AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### District of South Carolina

| | | |
|---|---|---|
| Joseph Louis Young, III, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    0:14-cv-02550-JMC |
| Warden Thomas, | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Joseph Louis Young, III, shall take nothing of the respondent, Warden Thomas, as to the

petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Honorable J. Michelle Childs, United States District Judge, presiding.  The Court adopting the Report
and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismisses the petition
without prejudice.

Date:   October 1, 2014                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/G. Mills
                                                          _____
                                                                *Signature of Clerk or Deputy Clerk*